JS-6

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER MARISCAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COAST DENTAL SERVICES, LLC, a Florida limited liability company; COAST DENTAL SERVICES, LLC d/b/a SMILECARE, a business entity form unknown; COAST DENTAL SERVICES, LLC d/b/a SMILECARE CARSON, a business entity form unknown; COAST DENTAL MANAGEMENT SERVICES, LLC, a Florida limited liability company; COAST DENTAL, P.A., a Florida professional corporation; COAST DENTAL SERVICES, P.A., a Florida professional corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV 15-9570-GW(PJWx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Complaint Filed: November 05, 2015 |

After considering the Parties' Stipulation of Dismissal, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  This matter is resolved.

2.  All claims brought herein by Plaintiff Esther Mariscal against Defendant COAST DENTAL SERVICES, LLC, et al. are dismissed with prejudice, each side to bear its own costs and attorneys' fees.

DATED: __July 3, 2017__

_____
GEORGE H. WU, U.S. District Judge